IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADRIAN GUTIERREZ MARTINEZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LARRY W. KAHL, LISA M. WIEBLE, STEPHANIE OWENS, and DIANE SCHUMACHER,<br><br>　　　　　Defendants. | **8:22CV66**<br><br>**ORDER** |

　　　This matter is before the court on its own motion. Plaintiff Adrian Gutierrez Martinez filed with the court a Complaint for Violation of Civil Rights (Non-Prisoner Complaint). (Filing 1.) Plaintiff has another pending civil case in this court—Case No. 8:21CV343—which is currently pending the court's initial review pursuant to 28 U.S.C. § 1915(e)(2). On page 8 of the Complaint, Plaintiff wrote "Case No. 8:21CV-343" on a handwritten document labeled "Amended Complaint." (Filing 1 at CM/ECF p. 8.) Plaintiff clearly intended to incorporate this attachment and the other attached documents into the Complaint. (*See* Filing 1 at CM/ECF p. 5.)  Upon examination, the court believes Plaintiff's pleading is more properly construed as an amended complaint intended for filing in Case No. 8:21CV343. (*See* Filing 1 at CM/ECF p. 7 (referring to "this amended complaint").) Accordingly,

　　　IT IS ORDERED that:

　　　1.　　The clerk of the court is directed to close this case for statistical purposes.

2

2. The clerk of the court is directed to file Plaintiff's complaint (filing 1) as an amended complaint in case number 8:21CV343.

Dated this 22nd day of February, 2022.

                                                                                 BY THE COURT:

                                                                                 *Richard G. Kopf*

                                                                                 Richard G. Kopf
                                                                                 Senior United States District Judge